# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUAIRONEX MARTINEZ, | No. 4:18-CV-02291 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| GEISINGER HOSPITAL and DR. SAYYID IBRAHIM, | |
| Defendants. | |

## ORDER

### JANUARY 9, 2019

On November 21, 2018, Guaironex Martinez filed a complaint against Geisinger Hospital and Dr. Sayyid Ibrahim.[1] On November 30, 2018, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court dismiss Mr. Martinez's complaint for lack of jurisdiction.[2] Magistrate Judge Carlson, however, recommended that such dismissal be without prejudice, so that Mr. Martinez may refile his claims in state court if he chooses to do so.

---

[1] ECF No. 1.
[2] ECF No. 8.

Objections to Magistrate Judge Carlson's Report and Recommendation were due by December 14, 2018, but none were filed. This Court has reviewed that Report and Recommendation and finds "no clear error on the face of the record."[3]

Therefore, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Carlson's Report and Recommendation, ECF No. 8, is **ADOPTED IN ITS ENTIRETY**.

2. Mr. Martinez's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[3] *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010).